Taylor, Chief-Justice,
 

 delivered the
 
 opinion
 
 of the Court:
 

 The words in the covenant declared on are,
 
 “
 
 now if
 
 “
 
 any thing should fail in the recovery of the said note, or " if the said Arnold should pay the same in paper money,
 
 “
 
 without allowing the depreciation, then and in that case, “ I do oblige myself to make the same good to the said
 
 “
 
 Hoover : or if the said Arnold should be allowed areceipt
 
 “
 
 given by William Dix to him, for eighteen pounds, paper
 
 “
 
 money, I do oblige myself to make it good.” If Avords might have been selected to express more clearly the intent of Clark, to secure the Plaintiff against the insoNency of Arnold in relation to the note, yet such intention may be fairly inferred from the terms, employed. It would seem strange that the parties should provide against the depreciation of the money, by an undertaking of Clark’s to make
 
 *171
 
 it good, and yet the Plaintiff be content to take the risk of Arnold’s inability to pay any part of the sum. The undertaking respecting the receipt of Dix, admits of the same observation, and would, under any other construction than that contended for by the Plaintiff, betray a strange caution and anxiety as to the parts of a sum intended to be secured, when the whole is left at risk. But the words <e if any thing should fail in the recovery of the said note,” point to a complete indemnity to be afforded to the Plaintiff, if from any cause he should not receive the amount. A judgment is of no more value than a note, and a covenant that a judgment shall be recovered, seems an useless undertaking, unless it be also meant that the money shall be paid. If Clark had undertaken simply for the recovery, without any thing more, the legal construction would have been, not only that a judgment should be obtained, but that the money should be paid. But he has not merely stipulated for the recovery of the judgment, but of the note. A recovery signifies, in legal contemplation, the obtaining of any thing by judgment or trial at law.
 
 *
 
 The recovery of the note must, therefore, signify the obtaining of the money due upon it, by means of a judgment. In my view of the covenant, the apparent intention of the parties is borne out by a technical interpretation, in which all the words are satisfied by an effective meaning. The non-suit must be set aside.
 

 *
 

 Coke Litt. 154,